# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2015

## NO.  03-14-00399-CV

**Law Office of Larry Laden, Larry Laden, P.C.; Larry Laden, Individually;
and Clay Boulware, Individually, Appellants**

**v.**

**Alysa Baker, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on January 8, 2014.  The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Appellants shall pay all costs relating to this appeal, both in this Court and the court below.